...

RECEIVED
2007 JUN 11  A 10: 00
U.S. DISTRICT COURT

UNITED STATES GOVERNMENT
**MEMORANDUM**

**DATE:** June 8, 2007

**TO:** Honorable MARK E. FULLER
U.S. District Judge

**FROM:** Louis D. Johns, Jr.
U. S. Probation Officer

**SUBJECT:** KEVIN SAFFOLD
TRANSFER OF JURISDICTION

Attached please find the Probation Form 22 on the above referenced defendant. He was originally sentenced in the Middle District of Georgia and a copy of the Judgment is included. Mr. Saffold was raised in Houston County and was released from custody on April 28, 2006, to this district, and is currently supervised by this officer.

U.S. District Judge W. Louis Sands signed the transfer of jurisdiction on June 6, 2007. It is now being submitted for consideration by the Court. It is the recommendation of the Probation Office that transfer of jurisdiction be accepted by this district.

Respectfully submitted,

Louis D. Johns, Jr.
U.S. Probation Officer

enclosure

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 6:02-CR-6-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| 2007 JUN 11 A 10:00 | | CR.MISC.NO.1261 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **KEVIN SAFFOLD** | Middle District of Georgia | Thomasville |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Clay D. Land | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/28/2006 | TO 4/27/2009 |

OFFENSE
Conspiracy to Defraud the United States by Passing Counterfeit Postal Money Orders, 18 U.S.C. §500

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF GEORGIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF ALABAMA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/6/07_
Date

_W. Louis Sands_ (signature)
W. Louis Sands
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____              _____
Effective Date                                        U. S. District Judge